**Order filed October 4, 2022.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-22-00142-CV

### IN RE U. L., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**507th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-53465**

---

## ORDER

Relator's motion to extend the deadlines for filing relator's motion for rehearing and motion for en banc reconsideration by one-day from September 26, 2022 to September 27, 2022 is granted. *See* Tex. R. App. P. 49.9.

On September 26, 2022 relator timely filed, but as one pleading, relator's motion for rehearing and motion for en banc reconsideration. This Court notified relator that her motions must be filed as two separate pleadings and that relator had one business day to correct the issue and re-submit the motions. *See* Tex. R. App.

P. 9.4(k) ("If a document fails to conform with these rules, the court may strike the document or identify the error and permit the party to resubmit the document in a conforming format by a specified deadline.").  On September 27, 2022, relator re-submitted, as separate motions, relator's motion for rehearing and motion for en banc reconsideration.

Accordingly, the motion for rehearing and motion for en banc reconsideration filed by relator on September 27, 2022 are timely.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Wilson.